UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LIFEBRITE HOSPITAL GROUP OF STOKES, LLC, <br><br>Plaintiff, <br><br>v. <br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br>Defendant. | Case No. 1:22-CV-849 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that the parties, through their respective counsel, hereby stipulate that this matter is and should be dismissed with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own respective fees and costs.

1

Respectfully submitted this 8th day of April, 2024.

/s/ John S. Buford
John S. Buford (NC Bar No. 28455)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel: 804-967-9604
Fax: 804-967-9888
jbuford@hancockdaniel.com
*Attorneys for Defendant*

/s/ Patrick C. McGinnis (w/ permission)
Patrick C. McGinnis
Texas Bar No. 13631900 (admitted *pro hac vice*)
CHAD T. WILSON LAW FIRM PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

Fred W. DeVore III
NC State Bar No. 10308
Brittany N. Conner
NC State Bar No. 53913
DEVORE, ACTON AND STAFFORD, P.A.
438 Queens Road
Charlotte, North Carolina 28207
Telephone: (704) 377-5242
Facsimile: (704) 332-2825
fdevore@devact.com
bconner@devact.com

*Attorneys for Plaintiff*